IN THE UNITED STATES DISTRICT COURT

FOR THE ___Western___ DISTRICT OF TENNESSEE

___Eastern___ DIVISION

___Mateem Hudson_____ ,      )

_____ ,

_____ ,      )

_____

Plaintiff(s),      )

Vs.      )      Docket/Complaint No._____

                                        )      **JURY TRIAL DEMANDED**

___Core Civic_____ ,      )

___Ellery Grier_____ ,      )

___Amy Fish_____ ,

_____      )

Respondents.

---

| **COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** |
| **UNDER 42 U.S.C. §1983** |

I.   **PREVIOUS LAWSUITS**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )  No ( ✓ )

B.   If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline.)

Plaintiff(s)      _____

                    _____

                    _____

                    _____

Defendant(s)   _____

                             _____

                             _____

                             _____

2.     Court [if federal court, name the district; if state court, name the county]

          _____

3.     Docket number: _____

4.     Name of judge to whom case was assigned: _____

5.     Disposition [for example: was the case dismissed?  Was it appealed?  Is it still pending?]

          _____

6.     Approximate date of filing lawsuit: _____

7.     Approximate date of disposition: _____

**II.     PLACE OF PRESENT CONFINEMENT:**

          **Whiteville Correctional Facility**
          **1440 Union Springs Road**
          **PO Box 679**
          **Whiteville, TN 38075**

A.     Is there a prisoner grievance procedure in this institution?   Yes ( ✓ ) No (  )

B.     Did you present the facts relating to your Complaint in the state prisoner grievance

     procedure?   Yes ( ✓ )   No (  )

C.     If your answer is yes,

     1.     What steps did you take? _I filed grievances. I also filed an incident statement on 6-22-18._

     2.     What was the result? _Grievances returned to sender; No investigation has been conducted. Plantiff remains in solitary confinement._

D.    If your answer is "no" explain why not: _____

_____

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison

authorities?    Yes (    )        No (    )

F.    If your answer is yes,

1.    What steps did you take? _____

_____

2.    What was the result? _____

_____

## III.    PARTIES:

[In item A below, place your name in the first blank and place your present address in the second

blank.  Do the same for additional Plaintiffs, if any.]

A.    Name of Plaintiff(s):   Mateem Hudson _____

_____

_____

_____

_____

Address:   Core Civic / WCFA   1440 Union Springs Road

PO Box 679 Whiteville, TN 38075

[In item B below, place the full name of the defendant in the first blank, his/her official position

in the second blank, and his/her place of employment in the third blank.  Use item C for the

names, positions and places of employment of any additional Defendants.]

B.   Name of Defendant: _Ellery Grier_____, is employed

as _Internal Affairs Coordinator_ at _Core Civic 1440 Union Springs Rd._

Name(s) of additional Defendants: ___Core Civic / WCFA ;___

___Officer Amy Fish_____

## IV.   STATEMENT OF CLAIM:

[State here as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need. Attach additional sheets if needed.]

OFC. FISH on 6-21-18 at Approx 5:00 pm facilitated the entry into the plantiffs pod / housing assignment for two gang members that did not live in the plantiffs housing assignment (C-pod), but lived adjacent to the plantiff (A-pod). The two gangmembers entered the plantiffs cell and attacked ; assaulted the plantiff ; whereas the plantiff was sent to the hospital. Neither of the two gangmembers were written up for assault nor placed on close. The plantiff has been modified as protective custody and has been relocated to restrictive housing, were the plantiff is being denied the same rights afforded to all inmates in general population. I have also wrote a grievance declaring that my eight admendment rights have been violated.

V.   RELIEF

[State briefly **EXACTLY** what you want the Court to do for you.]  Make no legal arguments.

Cite no statutes.]

I want compensation for the facilities Neglect. I want to sue for pain and suffering. I was denied the right to press criminal charges on OFC. Fish, and will like to proceed in charging OFC. FISH for adding and abetting the facilitation. I Also want the Coordinator for Internal Affairs Ms Grier (Greer) terminated for Not Investigating an assault on inmate. Both of My attackers remain on the compound with their priviledges Never taken, whereas the plantiff has been housed in the restrictive unit and treated like an punitive inmate i.e solitary confinement. The plantiffs commissary trust-fund has also been put on block by Internal Affairs, without the plantiff recieving an write-up.

Signed on this **14th** day of **March** , 20 **19** .

_____
**Plaintiff**

I declare under penalty of perjury that the foregoing is true and exact, to the best of my knowledge, information and belief.

**3-14th-2019**
Date

_____
**Plaintiff**

On this 14th day of March 2019, the above signed + acknowledged this document.

Inmate Name: _Mateem Hudson_   TDOC#: _50586B_

## CERTIFICATE OF PRISON OFFICIAL

I hereby certify that the affiant has the sum of $ _____ on account to his credit at the Whiteville Correctional Facility, where he is confined. I further certify the affiant's average monthly deposits to his prison trust fund account, for the past six (6) month period immediately preceding the filing of this Affidavit, are $ _____.

_____          _____
(Official's Signature)                                             Date:

SWORN AND SUBSCRIBED before me this the _____ day of _____, 20____

_____          _____
Notary Public                                               My Commission expires